# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York
### www.nyeb.uscourts.gov

**Case Name:** Richard Novak
**Case No.:** 04-85622-478

# MAILING CERTIFICATE

I A. Tenneriello, **Deputy Clerk** in the Office of the United States Bankruptcy Court, hereby certify that there was deposited on 10/18/06 in a duly maintained Post Office Box at the United States Bankruptcy Court, United States Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722  4  copies of Memorandum Decision and Order, duly addressed to:

| | |
|---|---|
| John Pittoni, Esq | Michael G Mc Auliffe, Esq |
| c/o Pittoni, Bonchonsky & Zaino, LLP | c/o Law Office of Michael G. Mc Auliffe, Esq |
| 226 Seventh Street, Ste 200 | 48 South Service Road, Ste 102 |
| Garden City, NY 11520 | Melville, NY 11747 |
| | |
| David Cohen, Esq | Salvatore La Monica, Esq |
| Attorney for Richard Novak | 2205 Jerusalem Avenue |
| 445 Park Ave., 14th Floor | Wantagh, NY 11793 |
| New York, NY 10022 | |

**JOSEPH P. HURLEY**
Clerk of Court

Dated: 10/18/06
Central Islip, New York

By:  s/A. Tenneriello
Deputy Clerk